IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.     CAUSE NO. 1:19CR3-LG-RHW-1

**DAMION XAVIER GIGLIO**

ORDER DENYING RENEWED MOTION FOR
BOND PENDING REVOCATION HEARING

**BEFORE THE COURT** is the [58] Renewed Motion for Bond Pending Revocation Hearing filed by the defendant, Damion Xavier Giglio. After reviewing the Motion and the record in this matter, the Court finds that Giglio has failed to demonstrate by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community if released. *See* 18 U.S.C. § 3143(a)(1); *see also* Fed. R. Crim. P. 32.1(a)(6). Moreover, pursuant to 18 U.S.C. § 3583(g) revocation of supervised release followed by a term of imprisonment is mandatory for possession of a controlled substance or possession of a firearm.[1]

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [58] Renewed Motion for Bond Pending Revocation Hearing filed by the defendant, Damion Xavier Giglio is **DENIED**. Giglio shall remain in the custody of the U.S. Marshal pending further order of the Court.

---

[1] The amended petition for revocation of supervised release alleges controlled substance and firearms possession violations.

**SO ORDERED AND ADJUDGED** this the 20th day of March, 2023.

*s/ Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE